1  ANDRÉ BIROTTE JR.
United States Attorney
2  ROBERT E. DUGDALE
Assistant United States Attorney
3  Chief, Criminal Division
LAWRENCE S. MIDDLETON (Cal Bar No. 157866)
4  DENNIS MITCHELL (Cal. Bar No. 116039)
Assistant United States Attorneys
5  1300 United States Courthouse
312 North Spring Street
6  Los Angeles, California 90012
Telephone:  (213) 894-2484
7  Facsimile: (213) 894-6436

8  Attorneys for Plaintiff
UNITED STATES OF AMERICA

9

10                     UNITED STATES DISTRICT COURT

11              FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR 08-872(A)-SJO |
|---|---|---|
| Plaintiff, | ) | ORDER RE DEFENDANT'S MOTION FOR |
| | ) | MODIFICATION OF CONDITIONS OF |
| v. | ) | SUPERVISED RELEASE |
| | ) | |
| PIERCE O'DONNELL, | ) | HEARING DATE: August 3, 2012 |
| | ) | |
| Defendant. | ) | HEARING TIME: 10:00 a.m. |
| | ) | |
| | ) | |

18      The Court, having read and considered defendant Pierce

19  O'Donnell's motion for modification of conditions of supervised

20  release, and the government's opposition thereto as well as

21  defendant's supplemental declaration, and having heard argument

22  thereon, HEREBY ORDERS and finds as follows:

23      Defendant needs to have right hip replacement surgery

24  performed.  Accordingly, in order for defendant to attend to pre-

25  operative appointments and to receive pre-operative care, IT IS

26  ORDERED THAT defendant shall be released immediately from the

27  Vinewood Residential Re-Entry Center ("VRRC").

28

1    The Court also recognizes that after surgery, defendant will

2    need to undergo post-operative care and/or physical therapy.

3        With respect to that portion of defendant's request to

4    substitute home confinement for the remaining term of residency

5    at the VRRC, the Court will defer ruling on that portion of

6    defendant's request and, instead, will hold a status conference

7    on October 15, 2012 at 10:00 a.m. in order to assess defendant's

8    physical condition.  The status of the condition requiring

9    defendant's residency at the VRRC will be determined by the Court

10   at or after the status hearing to be held on October 15, 2012.

11   Until that determination by the Court, defendant is not required

12   to reside at a residential re-entry center, including the VRRC.

13       All other terms and conditions of defendant's supervised

14   release remain in full force and effect.

15       IT IS SO ORDERED.

16

17   DATED: August _3__, 2012    _____

18                              HON. S. JAMES OTERO
                                United States District Judge

19

20

21   Presented by:

22

23   _____

     DENNIS MITCHELL
24   Assistant United States Attorney

25

26

27

28                                  2